**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL GARRISON,
GEORGE DAVIS,
ERNIE JONES and
RONALD WORDEN,

  Plaintiffs,       CASE NO: 09-10231

vs.            DISTRICT JUDGE LAWRENCE P. ZATKOFF
             MAGISTRATE JUDGE CHARLES E. BINDER

MICHIGAN DEPT. OF CORRECTIONS,
PATRICIA CARUSO,
MICHAEL MARTIN and
JULIUS O. CURLING,

  Defendants.
_____/

**ORDER ON PLAINTIFF GARRISON'S MOTION FOR IMMEDIATE CONSIDERATION**

  This order is entered under the authority given to this Magistrate
Judge in an Order of Reference issued by District Judge Zatkoff
pursuant to 28 U.S.C. § 636(b)(1)(A).

  Plaintiff Garrison has filed a motion seeking immediate consideration of his request for a temporary restraining order. The court may only issue a temporary restraining order without notice to the adverse party if a plaintiff is in danger of suffering immediate and irreparable injury, loss, or damage. FED. R. CIV. P. 65(b). Plaintiff's allegations fail to meet this standard, and therefore the Court will address the issue once the responses are received from Defendants, those responses being due by April 10, 2009. Accordingly, Plaintiff Garrison's motion for immediate consideration is **DENIED**.

  Review of this order is governed by 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72, and E.D. Mich. LR 72.1(d).

                s/ *Charles E Binder*
                CHARLES E. BINDER
Dated: March 26, 2009         United States Magistrate Judge

## **CERTIFICATION**

     I hereby certify that this Order was electronically filed this date, and served by first class mail on Michael Garrison, #237608, West Shoreline Correctional Facility, 2500 S. Sheridan Dr., Muskegon Heights, MI, 49444; on George Davis, #165673, Ernie Jones, #375655, and Ronald Worden, #235201, at Deerfield Correctional Facility, 1755 Harwood Rd., Ionia, MI, 48846-9457.

Date:  March 26, 2009                 By_____s/Jean L. Broucek_____
                                                        Case Manager to Magistrate Judge Binder